DARRELL D. DENNIS
Nevada Bar No. 6618
JASON G. REVZIN
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: darrell.dennis@lewisbrisbois.com
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| ALLEN L. LENTZ;<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FAIRFIELD ACCEPTANCE CORP.;<br>AND TRANS UNION, LLC,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02053-RFB-VCF<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION** |

TO THE HONORABLE JUDGE BOULWARE:

　　　　Plaintiff Allen L. Lentz, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

　　　　There are no longer any issues in this matter between Plaintiff Allen L. Lentz and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were, or could have been, the subject matter of

/ / /

/ / /

/ / /

/ / /

/ / /

4845-1192-6831.1

1  this lawsuit are hereby dismissed with prejudice, with court costs and attorney's fees to be paid

2  by the party incurring same.

3

4     DATED: March 14, 2016                **HAINES & KRIEGER, LLC**

5
                                           _____/s/ David H. Krieger_____
6                                          DAVID H. KRIEGER
                                           Nevada Bar No. 9086
7                                          8985 S. Eastern Avenue, Suite 350
                                           Henderson, NV 89123
8                                          Telephone: (702) 880-5554
                                           Facsimile: (702) 383-5518
9                                          dkrieger@hanesandkrieger.com
10                                         **COUNSEL FOR PLAINTIFF**

11                                         **and**

12
                                           **LEWIS BRISBOIS BISGAARD & SMITH LLP**
13

14                                         _____/s/ Jason G. Revzin_____
                                           DARRELL D. DENNIS
15                                         Nevada Bar No. 6618
                                           JASON G. REVZIN
16                                         Nevada Bar No. 8629
                                           6385 S. Rainbow Blvd., Suite 600
17                                         Las Vegas, Nevada 89118
18                                         Telephone: (702) 893-3383
                                           Facsimile: (702) 893-3789
19                                         Email: darrell.dennis@lewisbrisbois.com
                                           Email: jason.revzin@lewisbrisbois.com
20
                                           **COUNSEL FOR TRANS UNION LLC**
21

22                                            IT IS SO ORDERED:

23
                                           _____
24
                                           RICHARD F. BOULWARE, II
25                                         United States District Judge

26                                            DATED this 22nd day of March, 2016.

27

28
4845-1192-6831.1

STIPULATION OF DISMISSAL

2

## CERTIFICATE OF SERVICE

This is to certify that on the 14th of March, 2016, I filed **STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

David H. Krieger
Hanes & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
dkrieger@hanesandkrieger.com
**Counsel for Plaintiff**

/s/ Carrie S. Dunham
**An Employee of**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

4845-1192-6831.1